SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-7177
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>$1,621,352.00 IN U.S. CURRENCY AND FIVE ITEMS OF JEWELRY,<br><br>       Defendants.<br>_____<br>JASON HUNTER,<br><br>       Claimant.<br>_____ | Case No. CV 14-09061-ODW(FFMx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

    On or about November 24, 2014, Plaintiff United States of America ("the government," "the United States of America" or "plaintiff") filed a Complaint for Forfeiture alleging that the

defendants $1,621,352.00 in U.S. Currency and Five Items of Jewelry (collectively, the "defendant assets") are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C).

On or about March 4, 2015, claimant Jason Hunter ("Claimant") filed a claim to the defendant assets.

No other parties have appeared in this case and the time for filing claims and answers has expired.

The government and Claimant have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C).

3. Notice of this action has been given as required by law. No appearances have been made in the litigation by any person other than Claimant. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4. The defendant Five Items of Jewelry and the defendant $1,621,352.00 in U.S. Currency, plus the interest earned by the United States of America on the defendant $1,621,352.00 in U.S.

Currency shall be condemned and forfeited to the United States of America, which shall dispose of those items in accordance with law.

5.  Claimant, on behalf of himself and his heirs, beneficiaries, successors, predecessors, assigns and related entities, if any, hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration or the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which Claimant hereby withdraws), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Claimant or any of his respective heirs, beneficiaries, successors, predecessors, assigns and related entities, if any, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.  The Court finds that there was reasonable cause for the seizure of the defendant assets and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

/ / /

/ / /

/ / /

7. The Court further finds that Claimant did not substantially prevail in this action, and each of the parties hereto shall bear their own attorney fees and costs.

Dated: May 19, 2017

THE HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

## CONSENT

The parties hereto consent to the above judgment and waive any right of appeal.

Dated: May 18, 2017

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: April 25, 2017

LAW OFFICES OF DAVID M. DUDLEY


/s/ David M. Dudley
DAVID M. DUDLEY

Attorneys for Claimant
JASON HUNTER